UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| OTTO KRUPP,<br><br>                Petitioner,<br><br>     v.<br><br>N.J. STATE PAROLE BOARD,<br><br>                Respondent. | Civil Action No. 13-7777 (MAS)<br><br>**MEMORANDUM AND ORDER** |

IT APPEARING THAT:

1. On or about December 23, 2013, *Pro se* Petitioner Otto Krupp, a prisoner confined at the New Jersey State Prison in Trenton, New Jersey, filed a habeas petition pursuant to 28 U.S.C. § 2254.

2. On May 29, 2014, an Order was issued granting Petitioner's application to proceed *in forma pauperis*, but the matter was administratively terminated because Petitioner did not submit a complete, signed habeas petition on the proper form (*i.e.*, AO241 (modified)) as required under L.Civ.R. 81.2(a). The Order allowed Petitioner 30 days to submit a complete, signed habeas petition on the appropriate form with a letter to re-open his case. (ECF No. 2.)

3. On June 25, 2014, Petitioner submitted an "amended petition" (ECF No. 3) on the proper form, but Petitioner failed to sign the petition as required under L.Civ.R. 81.2(a). *See also* Rule 2(c)(5) of the Rules Governing Section 2254 Cases in the United States District Courts ("§ 2254 Habeas Rules"). Specifically, Petitioner did not sign and date the "amended petition"

on pages 16 and 17, where indicated. (ECF No. 3.) Petitioner also submitted an application for appointment of counsel with his amended petition. (ECF No. 4.)

THEREFORE, it is on this 3rd day of November, 2014;

ORDERED that Petitioner's application to re-open this case is DENIED; and it is further

ORDERED that if Petitioner wishes to reopen this case, he shall so notify the Court, in writing addressed to the Clerk of the Court, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Room 2020, Trenton, New Jersey 08608, within 30 days of the date of entry of this Memorandum and Order; Petitioner's writing shall include a complete, *signed* habeas petition on the appropriate form (Petitioner may re-submit his amended petition with his signature affixed where required); and it is further

ORDERED that upon receipt of a writing from Petitioner stating that he wishes to reopen this case, and a complete, *signed* petition, the Clerk of the Court will be directed to reopen this case; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Memorandum and Order upon Petitioner by regular U.S. mail.

                                                                                        MICHAEL A. SHIPP
                                                                                        United States District Judge